## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL DOCKET NO.: 3:03CV317

| | |
|---|---|
| **ROYAL INDEMNITY COMPANY,** )<br>Plaintiff, )<br>)<br>vs. )<br>)<br>**KAREN EDWARDS and** )<br>**ANNETTE M. LAWLESS,** )<br>Defendants. )<br>_____) | **O R D E R** |

**THIS MATTER** is before the Court on its own motion. On April 5, 2005, this Court issued a *Roseboro* notice to Defendant Edwards, who is proceeding *pro se.* (See Attached - Document #18) However, it appears from the Mailing Certificate of the Clerk that the Clerk's Office did not mail a copy of the Court's Order to Defendant Edwards. For this reason, the Court will direct the Clerk to reprocess the April 5, 2005 Order.

**IT IS, THEREFORE, ORDERED THAT:**

1) The Deputy Clerk is directed to forward a copy of the Court's April 5, 2005 Order, as well as this Order, to Defendant Edwards, <u>return receipt requested</u>, at the following address:

> Karen Edwards
> 9311 Orange Grove Drive, Apt. 215
> Davie, FL 33324

2) Defendant Edwards' **RESPONSE** is due **on or before July 8, 2005.**

**FAILURE TO RESPOND WITHIN THIS TIME PERIOD MAY SUBJECT ANY CLAIM YOU HAVE IN THE PROPERTY AT ISSUE, NAMELY, THE PRE-RETIREMENT SPOUSAL ANNUITY BENEFIT, TO SUMMARY DISMISSAL.**

**Signed: May 31, 2005**

Richard L. Voorhees
United States District Judge