# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Royal Indemnity Co.,

    Plaintiff(s),　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　　3:03-cv-317

Karen Edwards & Annette Lawless,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 9/2/05 Order.

**Signed: September 7, 2005**

Frank G. Johns, Clerk
United States District Court